JUDGE BATTS

08 CV 02404

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

WALRUS MASTER FUND, LTD.,

           Case No.:

       Plaintiff,          **RULE 7.1 STATEMENT**

-against-

CITIGROUP GLOBAL MARKETS, INC.,

       Defendant.

--------------------------------------------------------------X

RECEIVED MAR 10 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff WALRUS MASTER FUND, LTD., (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no corporate parents, affiliates and/or subsidiaries of said party that are publicly held.

Dated: March 7, 2008

                                       Francis Bigelow (FB-8749)
                                       Sadis & Goldberg LLP
                                       Counsel for Plaintiff Walrus Master Fund, Ltd.
                                       551 Fifth Avenue, 21st Floor
                                       New York, NY 10176
                                       (212) 947-3793