UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| WALRUS MASTER FUND LTD., ) | Civil Action No. 08-cv-02404 |
| Plaintiff, ) | |
| ) | <u>ECF CASE</u> |
| - vs - ) | |
| CITIGROUP GLOBAL MARKETS, INC. ) | |
| Defendant. ) | |

---

PLEASE TAKE NOTICE, that the defendant CITIGROUP GLOBAL MARKETS INC., hereby appears in the above-entitled action through the undersigned attorney.

Dated: New York, New York
       March 24, 2008

By: _____
Joellen R. Valentine (jv1229)

Citigroup Global Markets Inc.
388 Greenwich St., 17th Floor
New York, New York 10013
(212) 816-4002
*Attorney for Defendant Citigroup Global Markets, Inc.*

## CERTIFICATE OF SERVICE

I, Joellen R. Valentine, a lawyer admitted to practice before this Court, hereby certify that on the 24th day of March, 2008, I filed on the ECF System the foregoing Appearance on behalf of Citigroup Global Markets Inc. and served such filing via the Court's ECF Notification system to the attorney of record in this matter and have further served the party listed below via U.S. mail.

                                                   Joellen R. Valentine

**SERVED VIA ECF NOTIFICATION SYSTEM AND U.S. MAIL**

Francis Bigelow
**Sadis & Goldberg LLP**
551 Fifth Avenue, 21st Floor
New York, New York 10176
(212) 947-3793
Attorneys for Plaintiff
Walrus Master Fund LLP