UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALRUS MASTER FUND LTD., <br><br> Plaintiff, <br><br> - vs - <br><br> CITIGROUP GLOBAL MARKETS, INC. <br><br> Defendant. | Civil Action No. 08-cv-02404 <br><br> **ECF CASE** |

### STIPULATION REGARDING EXTENSION OF TIME TO RESPOND OR OTHERWISE MOVE TO DISMISS THE COMPLAINT; PROPOSED ORDER

WHEREAS, on March 10, 2008, plaintiff filed its complaint;

WHEREAS, this request is Citigroup Global Markets Inc.'s (CGMI) first request for an extension of time;

WHEREAS, the parties agree that it is appropriate to extend CGMI's time to answer or move to dismiss the complaint;

THEREFORE, SUBJECT TO THE APPROVAL OF THE COURT, IT IS HEREBY STIPULATED THAT:

CGMI will answer or move to dismiss the Complaint on or before April 25, 2008.

Dated: March 24, 2008

CITIGROUP GLOBAL MARKETS INC.

By: /s/ Joellen R. Valentine
Joellen R. Valentine (jv1229)

Citigroup Global Markets Inc.
388 Greenwich St., 17th Floor
New York, New York 10013
(212) 816-4002
*Attorney for Defendant Citigroup Global Markets, Inc.*

Dated: March 24, 2008

WALRUS MASTER FUND LTD.

By: _____
Francis Bigelow, Esq. (FB-8749)

SADIS & GOLDBERG LLP
Attorneys for Plaintiff
551 Fifth Avenue, 21st Floor
New York, New York 10176
(212) 947-3793

-2-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALRUS MASTER FUND LTD., <br><br> Plaintiff, <br><br> - vs - <br><br> CITIGROUP GLOBAL MARKETS, INC. <br><br> Defendant. | Civil Action No. 08-cv-02404 <br><br> **ECF CASE** |

## PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

Defendant Citigroup Global Markets Inc. will answer or move to dismiss on or before by April 25, 2008.

Dated: _____

_____
The Honorable Deborah A. Batts
United States District Judge

- 3 -

STIPULATION & PROPOSED ORDER RE EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT - 08 CV 02404