UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALRUS MASTER FUND LTD., | ) Civil Action No. 08-cv-02404 |
| Plaintiff, | ) |
| - vs - | ) **ECF CASE** |
| CITIGROUP GLOBAL MARKETS, INC. | ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT
## ON BEHALF OF CITIGROUP GLOBAL MARKETS, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Citigroup

Global Markets, Inc. states that it is a wholly owned subsidiary of Citigroup Financial

Products Inc.; that Citigroup Financial Products Inc. is a wholly owned subsidiary of

Citigroup Global Markets Holdings Inc., which has issued publicly held debt; and that

Citigroup Global Markets Holdings Inc. is a wholly owned subsidiary of Citigroup, Inc.,

a publicly held corporation.

Dated:  New York, New York
        March 24, 2008

By: _____
      Joellen R. Valentine (jv1229)

Citigroup Global Markets Inc.
388 Greenwich St., 17th Floor
New York, New York 10013
(212) 816-4002
*Attorney for Defendant Citigroup
Global Markets, Inc.*

CERTIFICATE OF SERVICE

I, Joellen R. Valentine, a lawyer admitted to practice before this Court, hereby certify that on the 24th day of March, 2008, I filed on the ECF System the foregoing Corporate Disclosure Statement on behalf of Citigroup Global Markets Inc. and served such filing via the Court's ECF Notification system to the attorney of record in this matter and have further served the party listed below via U.S. mail.

Joellen R. Valentine

**SERVED VIA ECF NOTIFICATION SYSTEM AND U.S. MAIL**

Francis Bigelow
**Sadis & Goldberg LLP**
551 Fifth Avenue, 21st Floor
New York, New York 10176
(212) 947-3793
Attorneys for Plaintiff
Walrus Master Fund LLP