INDEX #: 08 CV 02404
Date Filed: March 10, 2008
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**                             **DISTRICT:**

Attorneys: ATTN:MIKE SADIS & GOLDBERG, LLC   PH: 212-947-3793
Address:   551 5th Avenue, 21st Floor  NEW YORK  NY  10176    File No.:

---

*WALRUS MASTER FUND, LTD.*

*vs*                                                                    Plaintiff(s)/Petitioner(s)

*CITIGROUP GLOBAL MARKETS, INC.*

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:                **AFFIDAVIT OF SERVICE**

_____TING TING LAI_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __March 24, 2008__ at __12:50PM__, at __388 GREENWICH STREET, NEW YORK, NY 10005__, deponent served the within __Summons & Complaint and Rule 7.1__

on: __CITIGROUP GLOBAL MARKETS, INC.__, __Defendant__ therein named.

**#1 INDIVIDUAL** [ ]
By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X]
By delivering thereat a true copy of each to __RODD CORNER__ personally, deponent knew the person so served to be the __MANAGING AGENT__ of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ]
By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]
By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

**#5 MAIL COPY** [ ]
On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail # _____

**#6 DESCRIPTION** [X] (use with #1, 2 or 3)
A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: __Male__  Color of skin: __White__  Color of hair: __Brown__  Age: __30 - 40 Yrs.__  Height: __5' 9" - 6' 0"__
Weight: __161 - 200 Lbs.__  Other Features: _____

**#7 WIT. FEES** [ ]
the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** [ ]
Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** [ ]
The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER** [ ]

Sworn to before me on   March 24, 2008

*[signature]*
WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

*[signature]*
TING TING LAI
Server's Lic # 1259915
Invoice/Work Order # 08007249

*SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM*