ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 4, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALRUS MASTER FUND LTD.,

    Plaintiff,

- vs -

CITIGROUP GLOBAL MARKETS, INC.

    Defendant.

Civil Action No. 08-cv-02404

**ECF CASE**

### PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

Defendant Citigroup Global Markets Inc. will answer or move to dismiss on or before by April 25, 2008.

Dated: April 4, 2008

*Deborah A. Batts*

The Honorable Deborah A. Batts
United States District Judge

MICROFILMED
APR 1 4 2008 -3 00 PM

- 3 -