UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALRUS MASTER FUND LTD., <br><br> Plaintiff, <br><br> - vs - <br><br> CITIGROUP GLOBAL MARKETS, INC. <br><br> Defendant. | ) <br> ) Civil Action No. 08-cv-02404 (DAB) <br> ) <br> ) <br> ) **ECF CASE** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CITIGROUP GLOBAL MARKETS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Citigroup Global Markets, Inc. ("CGMI"), moves this Court to dismiss the Complaint ("Complaint") with prejudice pursuant to Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure. In support of this motion, CGMI respectfully submits a Memorandum of Law in Support of CGMI's Motion to Dismiss. For the reasons set forth therein, which are hereby incorporated by reference, this Court should dismiss the Complaint with prejudice.

WHEREFORE, defendant Citigroup Global Markets, Inc. respectfully requests this Court enter an order dismissing the Complaint with prejudice.

Dated:  April 24, 2008                                    Respectfully submitted,

                                                          Joellen R. Valentine (jv1229)

                                                          /s/ Joellen R. Valentine

                                                          Citigroup Global Markets Inc.
                                                          388 Greenwich St., 17th Floor
                                                          New York, New York 10013
                                                          (212) 816-4002
                                                          *Attorney for Defendant Citigroup Global Markets, Inc.*

CERTIFICATE OF SERVICE

I, Joellen R. Valentine, a lawyer admitted to practice before this Court, hereby certify that on the 24th day of April, 2008, I filed on the ECF System the foregoing Motion to Dismiss on behalf of Citigroup Global Markets Inc. and served such filing via the Court's ECF Notification system to the attorney of record in this matter and have further served the party listed below via U.S. mail.

/s/ Joellen R. Valentine
Joellen R. Valentine

<b><u>SERVED VIA ECF AND U.S. MAIL</u></b>

Francis Bigelow
**Sadis & Goldberg LLP**
551 Fifth Avenue, 21st Floor
New York, New York 10176
(212) 947-3793
Attorneys for Plaintiff
Walrus Master Fund LLP