UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
WALRUS MASTER FUND LTD.,

        Plaintiff,

-against-

CITIGROUP GLOBAL MARKETS, INC.,

        Defendant.
---------------------------------------x

Case No.:08-cv-02404

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: May 5, 2008

### STIPULATION REGARDING EXTENSIONS OF TIME WITH RESPECT TO DEFENDANT'S MOTION TO DISMISS; PROPOSED ORDER

It is HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for the parties, as follows:

1. The time within which the Plaintiff has to file its papers in opposition to Defendants' motion to dismiss the Complaint be and the same is hereby extended to May 20, 2008; and that the time for Plaintiff to serve Reply papers is hereby extended to June 6, 2008 and that the return date of the motion to dismiss is hereby adjourned to such date as the Court may direct; and

2. This stipulation can be signed in counterparts and facsimile signatures can be considered as original for purposes of filing this stipulation.

DATED:   New York, New York
         April 24, 2008

/s/ Francis Bigelow
_____
Francis Bigelow (FB-8749)
SADIS & GOLDBERG LLP
Attorneys For Plaintiff

_[signature]_
Joella R. Valentine (JV-1229)
Attorney For Defendant
388 Greenwich St., 17th Floor

**SO ORDERED**

_Deborah A. Batts_
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

551 Fifth Avenue, 21st Floor  
New York, NY 10176  
(212) 947-3793

New York, NY 10013  
(212) 816-4002