## CERTIFICATE OF SERVICE

I, Francis Bigelow, an attorney duly licensed in the State of New York, am not a party to this action and certify that on May 20, 2008; I served a copy of the annexed **AFFIDAVIT IN OPPOSITION, MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DISMISS OF DEFENDANT CITIGROUP GLOBAL MARKETS INC.** via email to the person(s) listed below:

> Joellen Valentine, Esq.
> Citigroup Global Markets Inc.
> Office of the General Counsel
> 388 Greenwich St., 17th Floor
> New York NY 10013

_____
Francis Bigelow (FB-8749)

{00042959.DOC}